FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

MAY 19 2025

MITCHELL R. ELFERS
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**CRISTINA DIAZ-MORALES,**<br><br>Defendant. | CRIMINAL NO. MJ 25-1529<br><br>8 U.S.C. §1325(a)(1):<br>Illegal Entry Without Inspection |

## INFORMATION

The United States Attorney charges:

On or about May 9, 2025, in Doña Ana County, in the District of New Mexico, the defendant, **CRISTINA DIAZ-MORALES**, who was then and there an alien, did knowingly and unlawfully enter the United States from the Republic of Mexico, at a place not designated as a lawful Port of Entry by immigration officials of the United States for the entrance of immigrants into the United States.

In violation of 8 U.S.C. § 1325(a)(1).

RYAN ELLISON
United States Attorney

_/s/ Elizabeth Tonkin_
ELIZABETH TONKIN
Special Assistant U.S. Attorney
200 N. Church St.
Las Cruces, NM 88001
(575) 522-2304