IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                        Case No. 25-1529 MJ

CRISTINA DIAZ-MORALES,

      Defendant.

### ORDER DENYING MOTION TO DISMISS COUNTS 2 AND 3 OF THE CRIMINAL COMPLAINT

**THIS MATTER** is before the Court on the United States' Motion to Dismiss Counts 2 and 3 of the Criminal Complaint without Prejudice. *See doc. 6*. Given those counts are no longer pending based on the Court's Memorandum, Opinion and Order filed on May 14, 2025, *(doc. 5)* the motion is not well-taken and will be DENIED as moot.

WHEREFORE, the Government's Motion to Dismiss Counts 2 and 3 of the Criminal Complaint is DENIED.

SO ORDERED.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE